708

No. 455. CELOTEX CO. ET AL. v. MASONITE CORP. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit. October 16, 1933. Dismissed per stipulation of counsel. *Messrs. Henry M. Huxley, Caleb S. Layton,* and *George L. Wilkinson* for petitioners. *Messrs. Drury W. Cooper, Hugh M. Morris,* and *Herbert H. Dyke* for respondent.

No. 257. E. H. FERREE CO. ET AL. v. UNITED SHOE MACHINERY CORP. On writ of certiorari to the Circuit Court of Appeals for the Second Circuit. November 20, 1933. Dismissed per stipulation of counsel. *Messrs. George P. Dike* and *Donald Campbell* for petitioners. *Mr. Charles Neave* for respondent.

No. 3, original. NEVADA v. CROWN WILLAMETTE PAPER CO. December 4, 1933. Pursuant to a stipulation filed in this Court by the parties to the above-entitled cause on November 22, 1933, it is ordered that the bill of complaint herein be, and it is hereby, dismissed. This order is made subject to the agreement of the parties as set forth in the stipulation aforesaid, which, it is agreed, shall not operate as a retraxit; and this order is without prejudice to the right of the complainant, The State of Nevada, to renew this litigation in such form as it shall deem proper if it shall determine that the provisions of the said stipulation, or of any prior stipulation recited and confirmed therein, has been or are being violated by the defendant. *Mr. Gray Mashburn,* Attorney General of Nevada, for plaintiff. *Messrs. Oscar Sutro* and *W. H. Orrick* for defendant.